UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:08-cr-00166-LJO |
| | ) | |
| vs. | ) | **ORDER OF DETENTION FOLLOWING** |
| | ) | **REVOCATION OF PREVIOUSLY SET** |
| SHAUN KALANI LERTSWAN, | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| Defendant. | ) | |

A. <u>Order for Revocation and Detention</u>

After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B. <u>Statement of Reasons for the Revocation and Detention</u>

The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   X    (1)   There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

**or**

   ___    (2)   There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

**and**

   ___    (3)   That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   X    (4)   That this defendant is unlikely to abide by any condition or combination of conditions of release.

   ___    (5)   That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

**IT IS SO ORDERED.**

**Dated:   August 10, 2008**                               **/s/ Sandra M. Snyder**
                                                           **UNITED STATES MAGISTRATE JUDGE**